UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Charles Benzing,  )  <br>　　　　Plaintiff,　　） <br>　　　　　　　　　　） <br>　　v.　　　　　　　） <br>　　　　　　　　　　） <br>Tharrington-Smith, LLP,　） <br>Alice Stubbs, Katey M. Regan,　） <br>　　　　Defendants.　） | **JUDGMENT** <br><br>No. 5:10-CV-533-F |

**Decision by Court.**

**This matter came before the Honorable James C. Fox, Senior United States District Judge for consideration.**

　　IT IS ORDERED, ADJUDGED AND DECREED that the defendants' Motion to Dismiss is granted in part and plaintiff's second and third causes of action against all defendants are dismissed.

　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the defendants' Motion for Summary Judgment is ALLOWED and this case is dismissed.

　　This Judgment Filed and Entered on 3/23/2012, with service on:

　　Charles Benzing, P.O. Box 3391, Cary, NC 27519 - *via US Mail*

　　Randall M. Roden, Attorney at Law - *electronic service*

　　Robert Duncan Church - Attorney at Law - *electronic service*

　　　　　　　　　　　　　　　　　　**JULIE A. RICHARDS, CLERK**

　　　　　　　　　　　　　　　　　　By:　*Shelia Foell*

　　　　　　　　　　　　　　　　　　Shelia Foell, Deputy Clerk