UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Charles Benzing,<br>    Plaintiff,<br><br>v.<br><br>Tharrington-Smith, LLP,<br>Alice Stubbs, Katey M. Regan,<br>    Defendants. | **JUDGMENT**<br><br>No. 5:10-CV-533-F |

**Decision by Court.**

**This matter came before the Honorable James C. Fox, Senior United States District Judge for consideration.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendants' Motion to Dismiss is granted in part and plaintiff's second and third causes of action against all defendants are dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the defendants' Motion for Summary Judgment is ALLOWED and this case is dismissed.

<u>This Judgment Filed and Entered on 3/23/2012, with service on:</u>

Charles Benzing, P.O. Box 3391, Cary, NC 27519 - *via US Mail*

Randall M. Roden, Attorney at Law - *electronic service*

Robert Duncan Church - Attorney at Law - *electronic service*

**JULIE A. RICHARDS, CLERK**

By: *Shelia Foell*

Shelia Foell, Deputy Clerk